FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y

★ OCT 23 2018 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

AHSANUL ISLAM individually and on behalf of all
other persons similarly situated who were employed
by DYNASTY VI FOOD CORP. d/b/a FRESH N
SAVE and/or KEY FOOD; DYNASTY VII FOOD
CORP. d/b/a FOOD DYNASTY; DYNASTY
MEAT CORP. d/b/a FRESH N SAVE and/or KEY
FOOD; 50-18 MEAT CORP. d/b/a FRESH N
SAVE,

Docket No.: 18-cv-3469 (WFK)(CLP)

Plaintiffs,

- against -

DYNASTY VI FOOD CORP. d/b/a FRESH N
SAVE and/or KEY FOOD; DYNASTY VII FOOD
CORP. d/b/a FOOD DYNASTY; DYNASTY
MEAT CORP. d/b/a FRESH N SAVE and/or KEY
FOOD; 50-18 MEAT CORP. d/b/a FRESH N
SAVE,

Defendants.

## STIPULATION AND PROPOSED ORDER OF FINAL DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and

Defendants in the above captioned action, by and through their undersigned counsel, that the

Negotiated Settlement Agreement and Release in this matter having been reviewed by the Court

and found to be fair and reasonable, Plaintiff's claims in the above-captioned action shall be

dismissed in their entirety, with prejudice, in accordance with the terms of the Settlement

Agreement and Release.

Respectfully submitted,

VIRGINIA & AMBINDER, LLP
*Attorneys for Plaintiff*
40 Broad Street, 7th Floor
New York, NY 10004
Tel. No. (212) 943-9080

By: _____

Lloyd Ambinder
Jack Newhouse

Dated: 10/22, 2018


TARTER KRINSKY & DROGIN LLP
*Attorneys for Defendants*
1350 Broadway, 11th Floor
New York, NY 10018
Tel. No. (212) 216-8000

By: _____

Richard L. Steer
Jonathan S. Hershberg

Dated: 9/24, 2018


SO ORDERED on this 22 day of October 2018.

_/s/ Cheryl Pollak_

Hon. Cheryl L. Pollak
United States Magistrate Judge